FILED

02/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0742



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0742

LITTLE BIG WARM RANCH, LLC and
MARK FRENCH

      Plaintiffs and Appellants,

   v.

WILFRED L. DOLL,                   ORDER OF MEDIATOR APPOINTMENT

      Defendant and Cross-
Appellant,

BRIAN ROBINSON

      Defendant.

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

IT IS ORDERED THAT **E. Wayne Phillips,** whose name appears next on the list of attorneys desiring appointment as mediators for N/A appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this February 10, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:      Monica Joan Tranel, Ross D. Miller, Phillip L. McCreedy, Hertha Louise Lund, Ben Stormes, III, Christopher Thomas Scoones, E. Wayne Phillips